**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

ROSA BLAZEVSKA,

              Plaintiff,                   Case No. 06-11711

v.                                       District Judge Arthur J. Tarnow

COMMISSIONER OF SOCIAL           Magistrate Judge Donald A. Scheer
SECURITY,

              Defendant.

_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT & RECOMMENDATION [16],**
**GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT [7], DENYING**
**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [12], AND REMANDING**
**CASE TO THE COMMISSIONER FOR AWARD OF BENEFITS**

      Before the Court is Plaintiff's Motion for Summary Judgment [7] and Defendant's Motion for Summary Judgment [12]. On January 17, 2007, Magistrate Judge Scheer issued a Report and Recommendation [16] recommending that the Plaintiff's motion be granted, Defendant's motion be denied, and the matter remanded to the Commissioner for award of benefits. Defendant filed an Objection [17], and Plaintiff a Response [18].

      Having reviewed the file, the respective Motions for Summary Judgment, the Report and Recommendation, Defendant's Objection, and Plaintiff's Response, the Court hereby ADOPTS the Report and Recommendation [16] as the findings and conclusions of the Court, with the exception of the Report and Recommendation's application of the Medical-Vocational Guidelines, 20 C.F.R. pt. 404, Subt. P, App. 2. Therefore,

      IT IS ORDERED that Plaintiff's Motion for Summary Judgment [7] is GRANTED.

      IT IS FURTHER ORDERED that Defendant's Motion for Summary Judgment [12] is DENIED.

      This case is HEREBY REMANDED to the Commissioner for a computation and payment of benefits to the plaintiff.

SO ORDERED.

s/Arthur J. Tarnow
Arthur J. Tarnow
United States District Judge

Dated:  March 20, 2007

I hereby certify that a copy of the foregoing document was served upon counsel of record on March 20, 2007, by electronic and/or ordinary mail.

s/Theresa E. Taylor
Case Manager

2