UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROSA BLAZEVSKA,

    Plaintiff,

v    Case No. 06-11711

COMMISSIONER OF SOCIAL    DISTRICT JUDGE ARTHUR J. TARNOW
SECURITY,
    Defendants.    MAG. JUDGE DONALD A. SCHEER

_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

There having been no objection to Magistrate Judge Scheer's Report and Recommendation [Docket #27] filed January 16, 2008 granting Plaintiff's motion for attorney fees and the Court being fully advised in the premises;

IT IS HEREBY ORDERED that the Report and Recommendation of Magistrate Judge Scheer is adopted and Plaintiff is awarded $13,333.25 in attorney fees.

    s/Arthur J. Tarnow
    Arthur J. Tarnow
    United States District Judge

Dated: February 7, 2008

I hereby certify that a copy of the foregoing document was served upon counsel of record on February 7, 2008, by electronic and/or ordinary mail.

    s/Catherine A. Pickles
    Judicial Secretary